# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JOSHUA CHARLES CROOK,<br><br>Defendant. | **CRIMINAL COMPLAINT**<br><br>Case Number: **23mj27-NDF** |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about December 17, 2022, in the District of Wyoming, the Defendant, **JOSHUA CHARLES CROOK**, knowing HE/SHE had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, a Stoeger, Model STR-9, 9mm caliber pistol bearing serial number T642922U07951, and the firearm was in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

I further state that I am a Special Agent with the ATF, and that this complaint is based on the following facts:

*(See attached Sworn Statement)*

Continued on the attached sheet and made a part hereof.

Signature of Complainant
**KRYSTAL STEVENSON**

Sworn to before me and subscribed via telephone.

April 11, 2023    at    Cheyenne, Wyoming
Date                                                City and State

HON. KELLY H. RANKIN
Chief United States Magistrate Judge
Name & Title of Judicial Officer              Signature of Judicial Officer

## SWORN STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT
## SPECIAL AGENT KRYSTAL STEVENSON
## U.S. v. JOSHUA CHARLES CROOK

I, Krystal Stevenson, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since April 2021. I am currently assigned to the ATF Cheyenne Field Office and am responsible for the investigation of violations of federal firearms, explosives, and arson laws.

2. I have received extensive law enforcement training at the Department of Homeland Security's Criminal Investigative Training Program and the ATF's Special Agent Basic Training at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. This six-month training program covered subject matters that included federal criminal statutes, interviewing techniques, arrest procedures, use of force, search and seizure authority, narcotics, undercover techniques, search warrant applications, and various other investigative techniques.

3. As a Special Agent with the ATF, I have experience and am responsible for investigating violations of federal criminal law. Throughout my career, I have participated in and conducted investigations which have resulted in the arrests and convictions of individuals involved in illegal firearms activity, including violations of the Gun Control Act, 18 U.S.C. §§ 921 – 931 (Chapter 44 of Title 18, United States Code), and violations of the National Firearms Act, 26 U.S.C. §§ 5801 – 5872 (Chapter 53 of Title 26, United States Code).

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officials, witnesses, and physical evidence to include surveillance footage. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all my knowledge about this matter. To the best of my knowledge and belief, all statements made in this affidavit are true and correct.

1

5. This affidavit is submitted in support of an arrest warrant and criminal complaint charging Joshua CROOK (DOB XX/XX/1989) with the violation of Title 18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm. I submit probable cause exists to believe that on or about December 17, 2022, in the State and District of Wyoming, CROOK, did knowingly possess a firearm, that is Stoeger, Model STR-9, 9mm caliber pistol bearing serial number T642922U07951.

6. On December 17, 2022, Sergeant Hill with the Casper Police Department requested backup to 20 S.E. Wyoming Blvd (Rodeway Inn Motel) as he recognized K.R. (DOB XX/XX/1998) as she was talking to someone outside of the motel. K.R. was a known associate of CROOK, a wanted person, who had at least two (2) felony warrants; Aggravated Assault and Theft.

7. Officers made contact with K.R., her mother M.E. (DOB XX/XX/1976), and M.E.'s girlfriend, A.C. (DOB XX/XX/1989) outside of room #28. CROOK was not located in that room. K.R. was asked multiple times if she knew where CROOK was and she said no.

8. Officers continued to talk to M.E. who said that her room was #37, but that she slept in room #28 with A.C. M.E. gave Officers consent to search her room for CROOK. Officers were given a key card to open room #37. Upon opening the door, Officers recognized CROOK and gave him commands to walk backward towards them. CROOK was instructed to drop a small silver container on the bed that he had in his hand. CROOK complied with commands and was arrested without incident. Officers found a small jeweler's bag with a white powdery substance in CROOK's front pocket as well as a small silver container. The substance in the jeweler's bag was later field tested and showed presumptive positive for cocaine. The substance located inside the small silver container in CROOK's pocket was later field tested and showed presumptive positive for methamphetamine. The substance located inside the small silver container that CROOK dropped on the bed was later field tested and showed presumptive positive for fentanyl.

9. M.E. gave Officers consent to search her room and stood inside the room or right outside the door as they searched. In review of body camera footage, M.E. identified the items in the room that

belonged to her and her grandchildren. Multiple items were located during the search that did not belong to M.E. to include marijuana, mushrooms, drug paraphernalia, and a Stoeger, Model STR-9, 9mm caliber pistol bearing serial number T642922U07951.

10. CROOK was transported to the Casper Police Department for questioning. Detective Schlager read CROOK his Miranda Rights and CROOK agreed to speak with him. CROOK admitted the firearm belonged to him, but could only describe the firearm as a "black one." It should be noted the Stoeger pistol is black. He did not tell Detective Schlager where he got the firearm. Detective Schlager began asking CROOK about other individuals in town that were potentiality involved in criminal behavior and CROOK requested a lawyer. The interview concluded at that time and CROOK was transported to the Natrona County Detention Center.

11. On or about November 20, 2022, I received a pen pack from the Wyoming State Penitentiary for CROOK. Information obtained from the pen pack confirmed that CROOK was convicted of Child-Cause or Permit to Absorb, Inhale, Ingest Methamphetamine, a felony, in Wyoming on April 27, 2017.

12. On March 3, 2023, ATF Special Agent Matt Wright completed a Nexus Determination on the Stoeger, Model STR-9, 9mm caliber pistol bearing serial number T642922U07951. The firearm was manufactured in Turkey and imported into the United States by Stoeger Industries.

13. Based on my training, education, and experience, and the information provided to me, I believe Joshua CROOK violated Title 18 U.S.C. § 922(g)(1), by knowingly possessing a firearm as a convicted felon.

**END OF SWORN STATEMENT**

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | JOSHUA CHARLES CROOK |
| **DATE:** | April 11th, 2023 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (Felon in Possession of a Firearm) <br><br> 0-15 Years Imprisonment <br> Up To $250,000 Fine <br> 3 Years Supervised Release <br> $100 Special Assessment |
| **AGENT:** | Krystal Stevenson, ATF |
| **AUSA:** | Jonathan C. Coppom, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |